Nov. Term,
1861.

KIRKMAN
v.
ALLEN.

*T. W. Bennett*, for the appellants.

---

### KIRKMAN v. ALLEN.

To a suit upon a promissory note, the defendant answered, as to costs, that the plaintiff was a resident of one of the *New England* States, but which one, defendant never knew; that no demand of payment was made before suit, and that defendant did not know where the money could be paid, but was always ready and willing, &c.
*Held*, that the answer was bad on demurrer.

Tuesday,
December 3.

APPEAL from the *Gibson* Common Pleas.

*Per Curiam.*—Suit by *Allen* against *Kirkman*, upon a promissory note made by the latter to the former. Judgment for the plaintiff.

The only question properly raised in the record, relates to the ruling of the Court upon a demurrer to the defendant's answer.

The answer avers, in substance, that the plaintiff is not a resident of *Indiana*, but of some one of the *New England* States; which one, however, the defendant has never known; that the defendant did not, before the commencement of

the suit, know where the note could be found, that he might pay it; that the plaintiff made no demand on the defendant, nor did he inform him where the note could be found, or the money paid; that the defendant has always been ready and willing to pay, upon demand, or upon being informed where the note could be paid. Prayer for judgment for costs.

The demurrer was correctly sustained to this answer.

The judgment below is affirmed, with 10 per cent. damages and costs.

*J. J. Kirkman,* for the appellant.

*Hall & Donald,* for the appellee.